| | |
|---|---|
| **DeNITTIS OSEFCHEN PRINCE, P.C.**<br>Ross H. Schmierer, Esq. (RS 7215)<br>525 Route 73 North, Suite 410<br>Marlton, New Jersey 08053<br>(856) 797-9951<br>rschmierer@denittislaw.com<br><br>*Attorneys for Plaintiff* | **HIRALDO, P.A.**<br>Manuel S. Hiraldo, Esq.<br>401 E. Las Olas Blvd., Suite 1400<br>Fort Lauderdale, Florida 33301<br>(954) 400-4713<br>mhiraldo@hiraldolaw.com<br>(*Pro Hac Vice* Application Forthcoming) |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MARIO RIVERO, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>NU IMAGE BODYSCULPTING LLC d/b/a NU IMAGE MEDSPA, a New Jersey corporation and DIANA PORTILLA,<br><br>　　　　　　Defendants. | Case No.: 2:18-cv-10144-ES-SCM |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses this action against Defendants with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of any absent putative class members.

Dated: December 21, 2018

　　　　　　　　　　　　　　　　　　**DeNITTIS OSEFCHEN PRINCE, P.C.**


　　　　　　　　　　　　　　By:　s/ Ross H. Schmierer
　　　　　　　　　　　　　　　　Ross H. Schmierer, Esq.
　　　　　　　　　　　　　　　　525 Route 73 North, Suite 410
　　　　　　　　　　　　　　　　Marlton, NJ 08053
　　　　　　　　　　　　　　　　(T):  (856) 797-9951
　　　　　　　　　　　　　　　　(F):  (856) 797-9978
　　　　　　　　　　　　　　　　rschmierer@denittislaw.com

2

**HIRALDO, P.A.**
Manuel S. Hiraldo, Esq.
401 E. Las Olas Blvd., Suite 1400
Fort Lauderdale, Florida 33301
(T): (954) 400-4713
mhiraldo@hiraldolaw.com