| | |
|---|---|
| **DeNITTIS OSEFCHEN PRINCE, P.C.**<br>Ross H. Schmierer, Esq. (RS 7215)<br>525 Route 73 North, Suite 410<br>Marlton, New Jersey 08053<br>(856) 797-9951<br>rschmierer@denittislaw.com | **HIRALDO, P.A.**<br>Manuel S. Hiraldo, Esq.<br>401 E. Las Olas Blvd., Suite 1400<br>Fort Lauderdale, Florida 33301<br>(954) 400-4713<br>mhiraldo@hiraldolaw.com<br>(*Pro Hac Vice* Application Forthcoming) |

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MARIO RIVERO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>NU IMAGE BODYSCULPTING LLC d/b/a NU IMAGE MEDSPA, a New Jersey corporation and DIANA PORTILLA,<br><br>Defendants. | Case No.: 2:18-cv-10144-ES-SCM |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses this action against Defendants with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of any absent putative class members.

Dated: December 21, 2018

**DeNITTIS OSEFCHEN PRINCE, P.C.**

By: s/ Ross H. Schmierer
   Ross H. Schmierer, Esq.
   525 Route 73 North, Suite 410
   Marlton, NJ 08053
   (T): (856) 797-9951
   (F): (856) 797-9978
   rschmierer@denittislaw.com

1

**HIRALDO, P.A.**
Manuel S. Hiraldo, Esq.
401 E. Las Olas Blvd., Suite 1400
Fort Lauderdale, Florida 33301
(T): (954) 400-4713
mhiraldo@hiraldolaw.com

**SO ORDERED.** The Clerk of Court shall CLOSE this matter.

_/s/ Esther Salas_
Esther Salas, U.S.D.J.
Date: January 3, 2019